UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN KILROY, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>- against -<br><br>CIGNA CORPORATION; CONNECTICUT GENERAL LIFE INSURANCE COMPANY; CIGNA HEALTH AND LIFE INSURANCE COMPANY; AMERICAN SPECIALTY HEALTH INCORPORATED; and AMERICAN SPECIALTY HEALTH GROUP, INC.,<br><br>Defendants. | Case No. 2:18-cv-01557-NIQA |

## CIGNA DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Cigna Corporation, Connecticut General Life Insurance Company, and Cigna Health and Life Insurance Company (collectively, "Cigna"), by their undersigned counsel, hereby move the Court to dismiss Plaintiff Kathleen Kilroy's Complaint. The grounds of this Motion are set forth in more detail in the Memorandum of Law file simultaneously herewith, which are incorporated by reference.

Dated: July 13, 2018

BALLARD SPAHR LLP

By:  */s/ Jason A. Leckerman*

Jason A. Leckerman (PA ID No. 87915)
Meredith C. Swartz (PA ID No. 209119)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor

Philadelphia, PA 19103
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
leckermanj@ballardspahr.com
swartzm@ballardspahr.com

Joshua B. Simon (Pro Hac Vice)
Warren Haskel (Pro Hac Vice)
Carrie J. Bodner (Pro Hac Vice)
Terence Y. Leong (Pro Hac Vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Cigna Corporation, Connecticut General Life Insurance Company, and Cigna Health & Life Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on July 13, 2018, he caused to be served a true and correct copy of the foregoing Motion to Dismiss Plaintiff's Class Action Complaint, along with the attached Memorandum of Law and Proposed Order, upon all counsel of record via the Court's CM/ECF system.

Dated:  July 13, 2018

/s/ *Jason A. Leckerman*
Jason A. Leckerman
PA Attorney ID No. 87915
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Phone:  (215) 665-8500
Facsimile:  (215) 864-8999
leckermanj@ballardspahr.com

*Attorney for Cigna Corporation, Connecticut General Life Insurance Company, and Cigna Health & Life Insurance Company*