UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN KILROY, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>- against -<br><br>CIGNA CORPORATION; CONNECTICUT GENERAL LIFE INSURANCE COMPANY; CIGNA HEALTH AND LIFE INSURANCE COMPANY; AMERICAN SPECIALTY HEALTH INCORPORATED; and AMERICAN SPECIALTY HEALTH GROUP, INC.,<br><br>Defendants. | Case No. 2:18-cv-01557-NIQA |

**ORDER**

AND NOW, this __24th__ day of __July__, 2018, it is hereby ORDERED and DECREED that the Cigna Defendants' Motion for Leave to File under Seal Exhibit 2 to Cigna Defendants' Motion to Dismiss is GRANTED. IT IS FURTHER ORDERED THAT said exhibit may be filed under seal, to be unsealed only upon Order of this Court, only by persons designated by the Court, and in a manner prescribed by the Court.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*

Nitza I. Quiñones-Alejandro