UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KATHLEEN KILROY, *on behalf of herself and all others similarly situated,*

Plaintiff,

v.

CIGNA CORPORATION; CONNECTICUT GENERAL LIFE INSURANCE COMPANY; CIGNA HEALTH AND LIFE INSURANCE COMPANY; AMERICAN SPECIALTY HEALTH INCORPORATED; and AMERICAN SPECIALTY HEALTH GROUP, INC.,

Defendants.

Case No. 2:18-cv-01557-NIQA

[PROPOSED] ORDER STAYING ACTION PENDING CONSOLIDATION WITH RELATED ACTIONS UPON PRELIMINARY APPROVAL OF SETTLEMENT

WHEREAS, on July 13, 2018, Defendants filed motions to dismiss in this action, and those motions remain pending;

WHEREAS, Plaintiff Kathleen Kilroy, Defendants, and plaintiffs in the related actions captioned *Lietz v. Cigna Corp.*, Case No. 2:16-03967-NIQA (E.D. Pa.) (the "*Lietz* Action"), and *Zhu v. Cigna Corp.*, Case No. 2:18-cv-02927-NIQA  (the "*Zhu* Action") have now reached a settlement resolving this action, the *Lietz* Action, and the *Zhu* Action;

WHEREAS, on March 26, 2019, Ms. Kilroy and the plaintiffs in the *Lietz* and *Zhu* Actions filed a motion in the *Lietz* Action (Case No. 2:16-03967-NIQA, ECF No. 86) for preliminary approval of the settlement;

WHEREAS, the parties to this action have jointly moved for a stay pending consolidation of this action with the *Lietz* and *Zhu* actions upon preliminary approval of the settlement;

AND NOW, this 28ᵗʰ day of March, 2019, it is hereby **ORDERED** that

1.      This action is hereby stayed pending the Court's ruling on the preliminary approval

motion filed in the *Lietz* Action (Case No. 2:16-03967-NIQA, ECF No. 86); and

2.      Upon preliminary approval of the settlement filed in the *Lietz* Action, without further

order of the Court, this action will hereby be consolidated with the *Lietz* Action and *Zhu* Action,

under the caption *In re Cigna-American Specialty Health Administrative Fee Litigation*, Case

No. 2:16-cv-03697-NIQA, and the proposed Consolidated Class Action Complaint attached as

Exhibit 1 to the parties' settlement agreement as filed in the *Lietz* Action (Case No. 2:16-03967-

NIQA, ECF No. 87-001) shall be deemed to be the operative complaint in the consolidated

action.


**BY THE COURT:**


*/s/ Nitza I. Quiñones Alejandro*
_____
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*