IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHLEEN KILROY,** on behalf of herself and all others similarly situated, | : : : | **CIVIL ACTION** NO. 18-1557 |
| *Plaintiff* | : : | |
| v. | : : | |
| **CIGNA CORPORATION,** *et al.* *Defendants* | : : | |

**ORDER**

**AND NOW**, this 29th day of August 2019, upon consideration of this Court's August 29, 2019 Order in the related matter of *In re Cigna-American Specialty Health Administrative Fee Litigation*, Civ. A. No. 16-3967, which granted final approval of the parties' settlement agreement, [ECF 102], it is hereby **ORDERED** that the Clerk of Court is directed to mark this matter **CLOSED**.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] By Order docketed in this matter on March 28, 2019, this Court stayed the underlying action pending consolidation of this matter with *In re Cigna-American Specialty Health Administrative Fee Litigation*, Civ. A. No. 16-3967 (the "Related Action"), which consolidation would occur automatically without further court order following a ruling on the preliminary approval of class action settlement motion in the Related Action. [ECF 51]. On April 8, 2019, this Court granted preliminary approval of the class action settlement in the Related Action, thereby, effectuating the consolidation of these matters. On August 29, 2019, this Court granted final approval of the parties' settlement agreement, which resolved all claims in the consolidated matters.